IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:94-cr-01011-MP-AK

EVERETTE JAMEL TAYLOR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 985, Motion for Reconsideration, filed by Defendant Everette Taylor, which seeks reconsideration of the order denying Defendant's motion to reduce his sentence. Since Defendant's sentence is mandated by statute, and his Total Offense Level did not change under the amended Sentencing Guidelines, the Court finds that Defendant is not entitled to any reduction of his sentence. Therefore, Defendant's motion for reconsideration is denied.

**DONE AND ORDERED** this __16th__ day of June, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge